1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  OWEN J. CLEMENTS, State Bar #141805
   Chief of Special Litigation
4  ANDREW M. GSCHWIND
   Deputy City Attorney, State Bar #231700
5  Fox Plaza, 1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-4269
   Facsimile:    (415) 554-3837
7
   DAVID CAMPOS, State Bar #194580
8  General Counsel
   San Francisco Unified School District
9  555 Franklin Street, Third Floor
   San Francisco, California  94102
10
   Attorneys for Plaintiffs
11 (Additional counsel for Plaintiffs listed on next page)



F I L E D

JAN 12 2006

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

12               UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
13

14 | UNITED STATES *EX REL.* SAN FRANCISCO | Case No. C 02-2398 CRB/JCS
15 | UNIFIED SCHOOL DISTRICT; STATE OF
   | CALIFORNIA, LOS ANGELES UNIFIED SCHOOL
16 | DISTRICT, WEST FRESNO ELEMENTARY SCHOOL | **<u>QUI TAM</u> PLAINTIFF'S REQUEST
   | DISTRICT, and SAN FRANCISCO UNIFIED SCHOOL | FOR DISMISSAL WITH PREJUDICE
17 | DISTRICT *EX REL.* SAN FRANCISCO UNIFIED | OF ATTORNEY'S FEES AND COSTS
   | SCHOOL DISTRICT; SAN FRANCISCO UNIFIED | CLAIMS RELATING TO WORK
18 | SCHOOL DISTRICT in its own right; AND PEOPLE OF | PERFORMED BY PHILLIPS &
   | THE STATE OF CALIFORNIA *EX REL.* DENNIS J. | COHEN LLP; [PROPOSED] ORDER**
19 | HERRERA in his official capacity as City Attorney for
   | the City and County of San Francisco,
20 |             Plaintiffs.

21      vs.

22 INTER-TEL TECHNOLOGIES, INC., ET AL.,

23              Defendants.

24
25
26
27
28 SFUSD's Request for Dismissal and [Proposed] Order, Case No.
   C02-2398-CRB/JCS

*Additional Counsel*:

ERIC R. HAVIAN, State Bar No. 102295
MARY A. INMAN, State Bar No. 176059
LARRY P. ZOGLIN, State Bar No. 87313
PHILLIPS & COHEN LLP
131 Steuart Street, Suite 501
San Francisco, California 94105
Telephone:   (415) 836-9000
Facsimile:    (415) 836-9001

SFUSD's Request for Dismissal and [Proposed] Order, Case No.
C02-2398-CRB/JCS

Qui Tam Plaintiff the San Francisco Unified School District ("SFUSD") is represented by three sets of counsel in the above-captioned case – its General Counsel, the San Francisco City Attorney's Office and Phillips & Cohen LLP. SFUSD and Defendants Inter-Tel Technologies, Inc. and NEC Business Network Solutions, Inc. have reached a final settlement of SFUSD's claims pursuant to 31 U.S.C. § 3730(d) for reasonable expenses, attorney's fees and costs incurred by Philips & Cohen LLP in connection with the above-caption case ("P&C Fee Claims"). SFUSD's claims pursuant to 31 U.S.C. § 3730(d) for reasonable expenses, attorney's fees and costs incurred by its General Counsel's Office and the San Francisco City Attorney's Office have not yet been resolved and are expressly reserved from the terms of this Request for Dismissal.

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, SFUSD hereby requests the Court to dismiss with prejudice the P&C Fee Claims as against Defendants Inter-Tel Technologies, Inc. and NEC Business Network Solutions, Inc., which claims were expressly reserved from the Court's Orders of February 18, 2005 and March 28, 2005 dismissing the merits of this action with respect to Defendants Inter-Tel Technologies, Inc. and NEC Business Network Solutions, Inc.

Dated: 12/23/05 .

Respectfully submitted,

By: /s/ Mary A. Inman
MARY A. INMAN
Phillips & Cohen LLP, Counsel For Plaintiffs

SFUSD's Request for Dismissal and [Proposed] Order, Case No. C02-2398-CRB/JCS            1

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Qui Tam Plaintiff San Francisco Unified School District's claims against Defendants Inter-Tel Technologies, Inc. and NEC Business Network Solutions, Inc. for expenses, attorney's fees and costs incurred by Phillips & Cohen LLP in connection with the above-captioned case are dismissed with prejudice. SFUSD's claims for expenses, attorney's fees and costs incurred by its General Counsel's Office and the San Francisco City Attorney's Office in connection with the above action are expressly reserved from the terms of this Order.

Dated: January 12, 2006.

HON. CHARLES R. BREYER
United States District Judge

SFUSD's Request for Dismissal and [Proposed] Order, Case No. C02-2398-CRB/JCS    2

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |

2   I am employed in the county of San Francisco, State of California. I am over the age of
3   18 and not a party to this action. My business address is Phillips & Cohen LLP, 131 Steuart
4   Street, Suite 501, San Francisco, California 94105.

5   On December 23, 2005, I served copies of the attached document(s):

6   **1) QUI TAM PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF ATTORNEY'S FEES AND COSTS CLAIMS RELATING TO WORK PERFORMED BY PHILLIPS & COHEN LLP; [PROPOSED] ORDER**

8   on the following today via U.S. Mail using regular business practices:

George D. Niespolo, Esq.
Duane Morris LLP
One Market Plaza, Spear St. Tower, 20th Fl.
San Francisco, CA 94105

Lisa A. Davis, Esq.
Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Sara Winslow, AUSA
U.S. Attorney's Office
450 Golden Gate Avenue, 10th Floor
P.O. Box 36055
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on December 23, 2005, in San Francisco, California.

*/s/ Jessica Meyer*
Jessica Meyer

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SF UNIFIED SCHOOL, ET AL,

        Plaintiff,

v.

NIPPON ELECTRIC, ET AL et al,

        Defendant.

Case Number: CV02-02398 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 12, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

George Niespolo
Duane Morris One Market Plaza, Spear St. Tower
20th Floor
San Francisco, CA 94105

Lisa A. Davis
Wilson Sonsini Goodrich & Rosati
650 page Mill Road
Palo Alto, CA 94304-105

Andrew M. Gschwind
Bernstein Litowitz Berger & Grossmann
1285 Avenue of the Americas
New York, NY 10019

David M. Fournier
James C. Carignan
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market St., P.O. Box 1709
Wilmington, DE 19899-1709

Dennis J. Herrera
City Attorney's Office
City and County of San Francisco
One Dr. Carlton B. Goodlett Place
Room 234

San Francisco, CA 94102-0917

Eric R. Havian
Mary A. Inman
Phillips & Cohen
131 Steuart St
Ste 501
San Francisco, CA 94105


Louise H. Renne
San Francisco Unified School District
General Counsel
555 Franklin Street
Third Floor
San Francisco, CA 94102

Owen J. Clements
Fox Plaza
1390 Market Street
6TH Floor
San Francisco, 94102

Sara Winslow
United States Attorney's Office
Northern District of California
450 Golden Gate Avenue
10th Floor, Box 36055
San Francisco, CA 94102

Dated: January 12, 2006

                                        Richard W. Wieking, Clerk
                                        By: Barbara Espinoza, Deputy Clerk