1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  OWEN J. CLEMENTS, State Bar #141805
   Chief of Special Litigation
4  ANDREW M. GSCHWIND
   Deputy City Attorney, State Bar #231700
5  Fox Plaza, 1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-4269
   Facsimile:     (415) 554-3837
7
   DAVID CAMPOS, State Bar #194580
8  General Counsel
   San Francisco Unified School District
9  555 Franklin Street, Third Floor
   San Francisco, California 94102
10
   Attorneys for Plaintiffs
11 (Additional counsel for Plaintiffs listed on next page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES *EX REL.* SAN FRANCISCO UNIFIED SCHOOL DISTRICT; STATE OF CALIFORNIA, LOS ANGELES UNIFIED SCHOOL DISTRICT, WEST FRESNO ELEMENTARY SCHOOL DISTRICT, and SAN FRANCISCO UNIFIED SCHOOL DISTRICT *EX REL.* SAN FRANCISCO UNIFIED SCHOOL DISTRICT; SAN FRANCISCO UNIFIED SCHOOL DISTRICT in its own right; AND PEOPLE OF THE STATE OF CALIFORNIA *EX REL.* DENNIS J. HERRERA in his official capacity as City Attorney for the City and County of San Francisco,<br>　　　　Plaintiffs.<br><br>vs.<br><br>INTER-TEL TECHNOLOGIES, INC., ET AL.,<br><br>　　　　Defendants. | Case No. C 02-2398 CRB/JCS<br><br>**STIPULATION AND [PROPOSED] ORDER PURSUANT TO FED. R. CIV. P. 54** |

1  *Additional Counsel*:

2  ERIC R. HAVIAN, State Bar No. 102295
   MARY A. INMAN, State Bar No. 176059
3  LARRY P. ZOGLIN, State Bar No. 87313
   PHILLIPS & COHEN LLP
4  131 Steuart Street, Suite 501
   San Francisco, California 94105
5  Telephone:    (415) 836-9000
   Facsimile:    (415) 836-9001
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order, Case No. C02-2398-CRB/JCS

Pursuant to Federal Rule of Civil Procedure 54(d), Plaintiff the San Francisco Unified School District ("SFUSD") and the San Francisco City Attorney (hereafter "plaintiffs"), and Defendant Inter-Tel Technologies, Inc. and Defendant NEC Business Network Solutions, Inc. (collectively "the Parties") hereby stipulate that the time in which plaintiffs may file any motion seeking attorney's fees or costs in connection with the above action shall be extended an additional fifteen (15) days from the current deadline of February 27, 2006 to and including March 14, 2006.

SFUSD is represented by three sets of counsel in the above-captioned case – its General Counsel, the San Francisco City Attorney's Office and Phillips & Cohen LLP. SFUSD's claims for reasonable expenses, attorney's fees and costs incurred by Phillips & Cohen LLP in connection with the above-caption case have already been settled and dismissed. However, SFUSD's claims pursuant to 31 U.S.C. § 3730(d) for reasonable expenses, attorney's fees and costs incurred by its General Counsel's Office and the San Francisco City Attorney's Office have not yet been resolved and are the subject of ongoing settlement negotiations. The Parties need an additional fifteen (15) days to continue those settlement efforts.

Dated: 2/23/06

Respectfully submitted,

By: /s/ Mary A. Inman
MARY A. INMAN
Phillips & Cohen LLP, Counsel For Plaintiffs

Stipulation and Order, Case No. C02-2398-CRB/JCS          1


1  Dated: 2/24/06

3  By: _____
4  LISA A. DAVIS
   Wilson, Sonsini, Goodrich & Rosati,
5  Counsel For Defendant Inter-Tel
   Technologies, Inc.

7  Dated: 2/24/06

9  By: _____
   GEORGE D. NIESPOLO
10 Duane Morris LLP, Counsel For
   Defendant NEC Business Network
11 Solutions, Inc.

28 Stipulation and Order, Case No. C02-2398-CRB/JCS        2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[~~PROPOSED~~] ORDER

Having considered the parties' stipulation, IT IS HEREBY ORDERED that:

1. Pursuant to Fed. R. Civ. P. 54(d), the time in which plaintiffs must file any motion seeking attorney's fees or costs in connection with the above action shall be extended to and including March 14, 2006.

IT IS SO ORDERED.

Dated: Feb. 28, 2006

_____
HON. CHARLES R. BREYER
United States District Judge

Stipulation and Order, Case No. C02-2398-CRB/JCS                    3

**PROOF OF SERVICE**

I am employed in the county of San Francisco, State of California. I am over the age of 18 and not a party to this action. My business address is Phillips & Cohen LLP, 131 Steuart Street, Suite 501, San Francisco, California 94105.

On February 24, 2006, I served copies of the attached document(s):

1) **STIPULATION AND [PROPOSED] ORDER PURSUANT TO FED.R.CIV. P. 54**

on the following today via U.S. Mail using regular business practices:

George D. Niespolo, Esq.
Duane Morris LLP
One Market Plaza, Spear St. Tower, 20th Fl.
San Francisco, CA 94105

Lisa A. Davis, Esq.
Wilson, Sonsini, Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Sara Winslow, AUSA
U.S. Attorney's Office
450 Golden Gate Avenue, 10th Floor
P.O.Box 36055
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on February 24, 2006, in San Francisco, California.

_____
Camille Perrine

PROOF OF SERVICE