RECEIVED

06 MAR 15 PM 12: 43

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

1   DENNIS J. HERRERA, State Bar #139669
City Attorney
2   JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3   OWEN J. CLEMENTS, State Bar #141805
Chief of Special Litigation
4   ANDREW M. GSCHWIND
Deputy City Attorney, State Bar #231700
5   Fox Plaza, 1390 Market Street, 6th Floor
San Francisco, California 94102-5408
6   Telephone:   (415) 554-4269
Facsimile:   (415) 554-3837
7
DAVID CAMPOS, State Bar #194580
8   General Counsel
San Francisco Unified School District
9   555 Franklin Street, Third Floor
San Francisco, California  94102
10
Attorneys for Plaintiffs
11  (Additional counsel for Plaintiffs listed on next page)

**FILED**

**MAR 1 6 2006**

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

12          **UNITED STATES DISTRICT COURT**
           **NORTHERN DISTRICT OF CALIFORNIA**
13

| | |
|---|---|
| 14  UNITED STATES *EX REL.* SAN FRANCISCO UNIFIED SCHOOL DISTRICT; STATE OF CALIFORNIA, LOS ANGELES UNIFIED SCHOOL DISTRICT, WEST FRESNO ELEMENTARY SCHOOL DISTRICT, and SAN FRANCISCO UNIFIED SCHOOL DISTRICT *EX REL.* SAN FRANCISCO UNIFIED SCHOOL DISTRICT; SAN FRANCISCO UNIFIED SCHOOL DISTRICT in its own right; AND PEOPLE OF THE STATE OF CALIFORNIA *EX REL.* DENNIS J. HERRERA in his official capacity as City Attorney for the City and County of San Francisco, Plaintiffs.   vs.   INTER-TEL TECHNOLOGIES, INC., ET AL., Defendants. | Case No. C 02-2398 CRB/JCS  **QUI TAM PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF ATTORNEY'S FEES AND COSTS CLAIMS RELATING TO WORK PERFORMED BY SAN FRANCISCO CITY ATTORNEY'S OFFICE, OFFICE OF GENERAL COUNSEL FOR SFUSD AND PHILLIPS & COHEN LLP; [PROPOSED] ORDER** |

28  SFUSD's Request for Dismissal and [Proposed] Order, Case No.
C02-2398-CRB/JCS

1   *Additional Counsel*:

2   ERIC R. HAVIAN, State Bar No. 102295
    MARY A. INMAN, State Bar No. 176059
3   LARRY P. ZOGLIN, State Bar No. 87313
    PHILLIPS & COHEN LLP
4   131 Steuart Street, Suite 501
    San Francisco, California 94105
5   Telephone:    (415) 836-9000
    Facsimile:    (415) 836-9001
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   SFUSD's Request for Dismissal and [Proposed] Order, Case No.
     C02-2398-CRB/JCS

1        Qui Tam Plaintiff the San Francisco Unified School District ("SFUSD") is

2    represented by three sets of counsel in the above-captioned case – its General Counsel,

3    the San Francisco City Attorney's Office and Phillips & Cohen LLP ("P&C"). On

4    December 21, 2005, SFUSD, P&C and Defendants Inter-Tel Technologies, Inc. and NEC

5    Business Network Solutions, Inc. reached a final settlement of SFUSD's claims pursuant

6    to 31 U.S.C. § 3730(d) for reasonable expenses, attorney's fees and costs incurred by

7    P&C in connection with the above-captioned case ("P&C Fee Claims"). SFUSD and

8    Defendants Inter-Tel Technologies, Inc. and NEC Business Network Solutions, Inc. have

9    reached a final settlement of SFUSD's claims pursuant to 31 U.S.C. § 3730(d) for

10   reasonable expenses, attorney's fees and costs incurred by its General Counsel's Office

11   and the San Francisco City Attorney's Office in connection with the above-captioned

12   case ("SFUSD Fee Claims").

13       Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, SFUSD hereby

14   requests the Court to dismiss with prejudice the SFUSD Fee Claims as against

15   Defendants Inter-Tel Technologies, Inc. and NEC Business Network Solutions, Inc.,

16   which claims were expressly reserved from the Court's Orders of February 18, 2005 and

17   March 28, 2005 dismissing the merits of this action with respect to Defendants Inter-Tel

18   Technologies, Inc. and NEC Business Network Solutions, Inc. and the Court's Order of

19   January 12, 2006 dismissing the P&C Fee Claims.

20

21   Dated: 3|14|06 .                          Respectfully submitted,

22

23

24                                             By: _____
                                                    MARY A. INMAN
25                                             Phillips & Cohen LLP, Counsel For
                                               Plaintiffs
26

27

28   SFUSD's Request for Dismissal and [Proposed] Order, Case No.          1
     C02-2398-CRB/JCS

1

[PROPOSED] ORDER

2

3       IT IS HEREBY ORDERED that, pursuant to Rule 41(a) of the Federal Rules of Civil

4    Procedure, Qui Tam Plaintiff San Francisco Unified School District's claims against Defendants

5    Inter-Tel Technologies, Inc. and NEC Business Network Solutions, Inc. for expenses, attorney's

6    fees and costs incurred by its General Counsel's Office and the San Francisco City Attorney's

7    Office in connection with the above-captioned case are dismissed with prejudice.

8

9

10   Dated: _March 16, 2006_      .

11

12

13                                              HON. CHARLES R. BREYER
                                                United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   SFUSD's Request for Dismissal and [Proposed] Order, Case No.        2
     C02-2398-CRB/JCS

1

**PROOF OF SERVICE**

2      I am employed in the county of San Francisco, State of California. I am over the age of

3  18 and not a party to this action. My business address is Phillips & Cohen LLP, 131 Steuart

4  Street, Suite 501, San Francisco, California 94105.

5      On March 14, 2006, I served copies of the attached document(s):

6  **QUI TAM PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF
   ATTORNEY'S FEES AND COSTS CLAIMS RELATING TO WORK PERFORMED BY**
7  **SAN FRANCISCO CITY ATTORNEY'S OFFICE, OFFICE OF GENERAL COUNSEL
   FOR SFUSD AND PHILLIPS & COHEN LLP; [PROPOSED] ORDER**
8
   on the following today via U.S. Mail using regular business practices:
9
   George D. Niespolo, Esq.
10 Duane Morris LLP
   One Market Plaza, Spear St. Tower, 20th Fl.
11 San Francisco, CA 94105

12 Lisa A. Davis, Esq.
   Wilson, Sonsini, Goodrich & Rosati
13 650 Page Mill Road
   Palo Alto, CA 94304-1050
14
   Sara Winslow, AUSA
15 U.S. Attorney's Office
   450 Golden Gate Avenue, 10th Floor
16 P.O.Box 36055
   San Francisco, CA 94102
17
   Owen Clements
18 San Francisco City Attorney's Office
   Fox Plaza
19 1390 Market Street, 6th Floor
   San Francisco, CA 94102
20

21      I declare under penalty of perjury under the laws of the United States that the foregoing is

22 true and correct and that I am employed in the office of a member of the bar of this court at

   whose direction service was made.
23
        Executed on March 14, 2006, in San Francisco, California.
24

25

26                                    Camille Perrine
                                      Camille Perrine
27

28

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

SF UNIFIED SCHOOL, ET AL,

Plaintiff,

v.

NIPPON ELECTRIC, ET AL et al,

Defendant.

_____/

Case Number: CV02-02398 CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 16, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Andrew Martin Gschwind
San Francisco City Attorney's Office
1390 Market Street, 6th Floor
San Francisco, CA 94102

David M. Fournier
James C. Carignan
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market St., P.O. Box 1709
Wilmington, DE 19899-1709

Dennis J. Herrera
City Attorney's Office
City and County of San Francisco
One Dr. Carlton B. Goodlett Place
Room 234
San Francisco, CA 94102-0917

Eric R. Havian
Mary A. Inman
Phillips & Cohen
131 Steuart St
Ste 501
San Francisco, CA 94105

Owen J. Clements
Fox Plaza
1390 Market Street
6TH Floor
San Francisco,  94102

Sara Winslow
United States Attorney's Office
Northern District of California
450 Golden Gate Avenue
10th Floor, Box 36055
San Francisco, CA 94102

George D. Niespolo
Duane Morris LLP
One Market Plaza, Spear St. Tower, 20th Floor
San Francisco, CA 94105

Lisa A. Davis
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Dated: March 16, 2006

Richard W. Wieking, Clerk
By: Barbara Espinoza, Deputy Clerk

2