GREGORY G. KATSAS
Acting Assistant Attorney General

JOSEPH P. RUSSONIELLO (CA Bar No. 44332)
United States Attorney
JOANN M. SWANSON (CA Bar No. 88143)
Chief, Civil Division
SARA WINSLOW (DC Bar No. 457643)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6925
Facsimile: (415) 436-6748
e-mail: sara.winslow@usdoj.gov

JOYCE R. BRANDA
MICHAEL D. GRANSTON
ALICIA J. BENTLEY
Attorneys, U.S. Department of Justice
Civil Division
P.O. Box 261, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-9854

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES ex rel. SAN FRANCISCO UNIFIED SCHOOL DISTRICT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INTER-TEL TECHNOLOGIES, INC., et al.,<br><br>Defendants. | No. C 02-2398 CRB<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT HOWE ELECTRIC, INC.; [PROPOSED] ORDER** |

    Subject to the Court's approval, IT IS HEREBY STIPULATED by the United States of America; the qui tam Relator, San Francisco Unified School District (SFUSD); and Howe Electric, Inc., through their undersigned counsel, that:

    1. Pursuant to Fed. R. Civ. P. 41(a)(1) and the terms of the settlement agreement

DISMISSAL OF HOWE ELECTRIC, INC.
C 02-2398 CRB

<sub>/</sub>

1 executed by the United States, SFUSD, the City Attorney for the City and County of San
2 Francisco (collectively, Plaintiffs), and Defendant Howe Electric, Inc. on May 30, 2008,
3 Plaintiffs hereby dismiss Howe from this action with prejudice.

4     3. Neither Howe nor any other Defendant has filed an answer in this action. This case
5 is currently stayed, pursuant to order of this Court. Plaintiffs are filing this dismissal to
6 comply with the terms of their May 30, 2008 settlement agreement with Howe.

7     4. Pursuant to Paragraph 18 of the May 30, 2008 settlement agreement, the parties
8 have agreed that the exclusive jurisdiction and venue for any dispute arising between and
9 among the parties under the settlement agreement shall be this Court.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 6/3/08    By: /s/ Sara Winslow

SARA WINSLOW
Assistant United States Attorney
Attorneys for United States

PHILLIPS & COHEN LLP

Dated: 6/3/08    By: /s/ Mary A. Inman

ERIC R. HAVIAN
MARY A. INMAN
Attorneys for SFUSD & People of
California ex rel. Dennis Herrera

SHIFMAN GROUP

Dated: _____    By: See attached

GAIL SHIFMAN
Attorney for Howe Electric, Inc.

//
//
//

executed by the United States, SFUSD, the City Attorney for the City and County of San Francisco (collectively, Plaintiffs), and Defendant Howe Electric, Inc. on May 30, 2008, Plaintiffs hereby dismiss Howe from this action with prejudice.

3. Neither Howe nor any other Defendant has filed an answer in this action. This case is currently stayed, pursuant to order of this Court. Plaintiffs are filing this dismissal to comply with the terms of their May 30, 2008 settlement agreement with Howe.

4. Pursuant to Paragraph 18 of the May 30, 2008 settlement agreement, the parties have agreed that the exclusive jurisdiction and venue for any dispute arising between and among the parties under the settlement agreement shall be this Court.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: _____   By: _____
SARA WINSLOW
Assistant United States Attorney
Attorneys for United States

PHILLIPS & COHEN LLP

Dated: _____   By: _____
ERIC R. HAVIAN
MARY A. INMAN
Attorneys for SFUSD & People of California ex rel. Dennis Herrera

SHIFMAN GROUP

Dated: 5/30/08   By: _____
GAIL SHIFMAN
Attorney for Howe Electric, Inc.

//
//
//

DISMISSAL OF HOWE ELECTRIC, INC.
C 02-2398 CRB                                      2

## [PROPOSED] ORDER

Pursuant to stipulation and for good cause shown, IT IS HEREBY ORDERED THAT:

1. Defendant Howe Electric, Inc. (Howe) is dismissed from this action with prejudice, pursuant to the terms of the May 30, 2008 settlement agreement between Plaintiffs and Howe.

2. The Court retains jurisdiction over disputes between and among the parties under the May 30, 2008 settlement agreement.

IT IS SO ORDERED.

Dated: June 04, 2008

HON. CHARLES R. BREYER
United States District Judge

DISMISSAL OF HOWE ELECTRIC, INC.
C 02-2398 CRB

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**STIPULATION OF DISMISSAL OF DEFENDANT HOWE ELECTRIC, INC.; [PROPOSED] ORDER**

<u>United States ex rel. San Francisco Unified School District, et al. v. Inter-Tel Technologies, Inc., et al.</u>
C 02-2398 CRB

to be served this date upon each of the persons indicated below at the address shown:

| | |
|---|---|
| Mary Inman, Esq.<br>Phillips & Cohen LLP<br>131 Steuart St., Suite 501<br>San Francisco, California 94105 | Gail Shifman, Esq.<br>44 Montgomery St., Suite 3850<br>San Francisco, California 94104 |

✓   **BY FIRST CLASS MAIL** by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___   **CERTIFIED MAIL** (#) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

___   **BY PERSONAL SERVICE (BY MESSENGER)**: I caused such envelope to be delivered by hand to the person or offices of each addressee above.

___   **BY FACSIMILE (FAX)**: I caused each such document to be sent by facsimile to the person or offices of each addressee above.

___   **BY E-MAIL**: I caused each such document to be sent by e-mail to the person or offices of each address above.

___   **BY FEDERAL EXPRESS**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed June 3, 2008 at San Francisco, California.

*Kathy Terry*
KATHY TERRY
Legal Assistant