RECEIVED
09 APR 28 PH 3:40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | MICHAEL F. HERTZ
   | Acting Assistant Attorney General
2 |
   | JOSEPH P. RUSSONIELLO (CA Bar No. 44332)
3 | United States Attorney
   | JOANN M. SWANSON (CA Bar No. 88143)
4 | Chief, Civil Division
   | SARA WINSLOW (DC Bar No. 457643)
5 | Assistant United States Attorney
6 |    450 Golden Gate Avenue, Box 36055
   |    San Francisco, California 94102
7 |    Telephone: (415) 436-6925
   |    Facsimile: (415) 436-6748
8 |    e-mail: sara.winslow@usdoj.gov
9 | JOYCE R. BRANDA
   | MICHAEL D. GRANSTON
10| ALICIA J. BENTLEY
   | CHARLES SCHMITZ
11|    Attorneys, U.S. Department of Justice
   |    Civil Division
12|    P.O. Box 261, Ben Franklin Station
   |    Washington, D.C. 20044
13|    Telephone: (202) 616-9854
14| Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES ex rel. SAN FRANCISCO UNIFIED SCHOOL DISTRICT, et al., | ) ) ) | No. C 02-2398 CRB |
|---|---|---|
| Plaintiffs, | ) ) | STIPULATION OF DISMISSAL OF REMAINING DEFENDANTS; |
| v. | ) ) | [PROPOSED] ORDER |
| INTER-TEL TECHNOLOGIES, INC., et al., | ) ) | |
| Defendants. | ) ) | |

IT IS HEREBY STIPULATED by the United States of America and the qui tam Relator, San Francisco Unified School District (SFUSD) that:

1. Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs hereby dismiss Defendants TPC Liquidation Inc. (formerly known as Video Network Communications, Inc.), Judy Green, and

George Marchelos from this action without prejudice. None of these Defendants have filed an answer or otherwise appeared in this action.

2. On September 27, 2004, the Court stayed this civil case due to the pending related criminal matter. On March 31, 2006, the Court administratively closed this civil case. No Defendants have answered any of the complaints in this case.

3. This case was filed on May 16, 2002 by SFUSD as Relator under the qui tam provisions of the False Claims Act, 31 U.S.C. §§ 3729-33. SFUSD's original complaint named as Defendants four corporations – Nippon Electric Company Business Network Solutions (NEC), Inter-Tel Technologies., Inc. (Inter-Tel), Video Network Communications, Inc. (later renamed TPC Liquidation Inc., hereinafter TPC), and Sprig Electric – as well as seven individuals – Judy Green, George Marchelos, John Colvin, Gerard McNulty, Timothy Tronson, Desmond McQuoid, and Ramon Catbagan. On May 26, 2004, the United States intervened in the action with respect to NEC, Inter-Tel, VNCI, Green, and Marchelos only.

4. On May 27, 2004, SFUSD filed an amended complaint, naming as Defendants Inter-Tel, TPC, Sprig Electric, Green, Marchelos, Tronson, and Duane Maynard, as well as three new corporations – Howe Electric, Inc. (Howe), Excaliber Internet Corp., and ADJ Consultants, Inc.

5. The United States and SFUSD settled with NEC, and on September 10, 2004, the United States filed its Complaint Upon Intervention, naming Inter-Tel, TPC, Green, and Marchelos as Defendants. NEC was formally dismissed from the case on March 28, 2005.

6. On January 28, 2005, the United States intervened in SFUSD's amended complaint as to Howe only.

7. The United States and SFUSD settled with Inter-Tel and Howe. Inter-Tel was dismissed from the case on February 18, 2005, and Howe on June 6, 2008.

8. On June 19, 2008, SFUSD filed a notice of dismissal of the remaining Defendants as to which the United States had not intervened: Sprig Electric, Tronson, Excaliber Internet Corp., ADJ Consultants, Inc., and Maynard.

DISMISSAL OF TPC, GREEN, MARCHELOS
C 02-2398 CRB                                           2

9. Accordingly, TPC, Green, and Marchelos are the only Defendants remaining in the case. The United States and SFUSD now voluntarily dismiss these three Defendants without prejudice.

Respectfully submitted,

MICHAEL F. HERTZ
Acting Assistant Attorney General

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 4/28/09     By: _____
SARA WINSLOW
Assistant United States Attorney
Attorneys for United States

PHILLIPS & COHEN LLP

Dated: 4/24/09     By: _____
ERIC R. HAVIAN
MARY A. INMAN
Attorneys for SFUSD & People of
California ex rel. Dennis Herrera

### [PROPOSED] ORDER

Pursuant to stipulation and for good cause shown, IT IS HEREBY ORDERED THAT Defendants TPC Liquidation Inc. (formerly known as Video Network Communications, Inc.), Judy Green, and George Marchelos are dismissed from this action without prejudice.

The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: May 04, 2009

HON. CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer* (court seal, Northern District of California)